AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America<br>v.<br><br>Lenar BANEGAS HERNANDEZ<br><br>*Defendant(s)* | Case No. 3:25-mj-00067 |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of February 27, 2025 in the county of Washington in the District of Oregon, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with intent to distribute controlled substances (Fentanyl) |

This criminal complaint is based on these facts:

See affidavit of DEA, Special Agent Alexander Laub, which is attached and incorportated fully by reference

☐ Continued on the attached sheet.

By Phone
*Complainant's signature*

Alexander Laub, Special Agent, DEA
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 2:51 p.m.

Date: 3/19/2025

*Judge's signature*

City and state: Portland, Oregon    Stacie F. Beckman, United States Magistrate Judge
*Printed name and title*